IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| TRUSTEES OF THE BRICKLAYERS AND ALLIED CRAFTSMEN LOCAL 56 FRINGE BENEFIT FUND, | ) ) ) ) | |
| Plaintiffs, | ) ) | Case No. 07 C 6872 |
| v. | ) ) | Judge Shadur |
| NATIONAL PAINTING, INC., AN ILLINOIS CORPORATION, | ) ) ) ) | Magistrate Judge Brown |
| Defendant. | ) | |

## NOTICE OF DISMISSAL

Now comes the Plaintiffs, by counsel, and hereby dismisses this action against Defendant, NATIONAL PAINTING, INC., without prejudice pursuant to the provisions of Rule 41(a)(1) of the Federal Rules of Civil Procedure.

                                  Respectfully submitted,

                                  **ARNOLD AND KADJAN**

                                  s/Donald D. Schwartz
                                  Donald D. Schwartz

Attorney for Plaintiffs
Donald D. Schwartz
**ARNOLD AND KADJAN**
19 W. Jackson Boulevard
Chicago, IL 60604
Telephone: (312) 236-0415
Facsimile: (312) 341-0438

**CERTIFICATE OF SERVICE**

I hereby certify that this Notice of Dismissal was filed electronically on the 15th day of January 2008, and a copy of the foregoing will be sent to the following parties by operation of the Courts electronic filing system and by mail.

>NATIONAL PAINTING, INC.
>C/O ITS REGISTERED AGENT, JOANNA GADULA
>2504 NORTH 73RD AVENUE
>ELMWOOD PARK, IL 60707

s/ Donald D. Schwartz

Donald D. Schwartz
**ARNOLD AND KADJAN**
19 W. Jackson Boulevard
Chicago, IL 60604
Telephone: (312) 236-0415
Telecopier: (312) 341-0438